# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| MOISES OTTONIEL MANON-ROSSI, | : |
| MILQUELLA ARAUJO MANON-ROSSI, | : CASE NO. 21-52625-BEM |
| | : |
| Debtors. | : |

## REPORT OF CHAPTER 7 TRUSTEE OF ASSETS AND
## REQUEST FOR CLAIMS BAR DATE

COMES NOW Michael J. Bargar, as Chapter 7 Trustee, and reports to the Court that he may recover assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

Respectfully submitted this 7th day of July, 2021.

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
Chapter 7 Trustee
michael.bargar@agg.com

16787511v1